# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

————————————————

## No. 201800205

————————————————

**UNITED STATES OF AMERICA**
*Appellee*

v.

**Dylan A. AUSTIN**
Corporal (E-4), U.S. Marine Corps
*Appellant*

————————————————

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judges:
Major Terrance J. Reese, USMC (arraignment).
Lieutenant Colonel Emily A. Jackson-Hall, USMC (trial).

For Appellant: Lieutenant Commander Derek C. Hampton,
JAGC, USN.
For Appellee: Brian K. Keller, Esq.

————————————————

Decided 31 October 2018

————————————————

Before HUTCHISON, LAWRENCE, and ELLINGTON,
*Appellate Military Judges*

————————————————

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

FOR THE COURT

RODGER A. DREW, JR.
Clerk of Court